DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABRAHAM SEGALL** and **CAROLA SEGALL,**
Appellants,

v.

**U.S. BANK, N.A.,** successor trustee to Wachovia Bank, N.A.,
as trustee on behalf of The Holders of The J.P. Morgan Trust 2005-A8,
Mortgage Pass-Through Certificates,
Appellee.

No. 4D22-464

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 19-8829(11).

Brian K. Korte and Daniel W. Bialczak of Korte & Associates, LLC, Singer Island, for appellants.

Jan Timothy Williams of Lapin & Leichtling, LLP, Jacksonville, and Adam B. Leichtling of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***